**No. D-2579. In the Matter of Disbarment of Arnold Chin.**

563 U.S. 1031, 131 S. Ct. 2987, 180 L. Ed. 2d 268, 2011 U.S. LEXIS 4257.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 1040, 131 S. Ct. 629, 178 L. Ed. 2d 457, 2010 U.S. LEXIS 9017.

**No. D-2580. In the Matter of the Disbarment of Craig Monard Hunt.**

563 U.S. 1031, 131 S. Ct. 2988, 180 L. Ed. 2d 268, 2011 U.S. LEXIS 4354.

June 6, 2011. Disbarment entered.

Former order, 562 U.S. 1040, 131 S. Ct. 629, 178 L. Ed. 2d 457, 2010 U.S. LEXIS 9013.